# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA LEE SCHLYTER, | Case No. 1:16-cv-01710-SKO |
| Plaintiff, | **ORDER TO AMEND APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| CAROLYN W. COLVIN, | (Doc. 3) |
| Acting Commissioner of Social Security, | |
| Defendant.                    / | |

**ORDER**

Plaintiff Linda Lee Schlyter filed a complaint on November 9, 2016, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1 & 3.) Plaintiff's application fails to set forth answers to questions numbered 4 through 8 regarding amount of cash or money in a checking or savings account (question number 4), items of value owned (question number 5), regular monthly expenses (question number 6), dependents (question number 7), and debts (question number 8). Therefore, the Court is unable to determine at this time whether Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, IT IS HEREBY ORDERED that, **within 28 days from the date of this Order**, Plaintiff shall file an amended application to proceed *in forma pauperis* that fully responds to all applicable questions, including questions numbered 4 through 8.

IT IS SO ORDERED.

Dated:   **November 15, 2016**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE