1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9 | LINDA LEE SCHLYTER,                    Case No.  1:16-cv-01710-SKO

10 |              Plaintiff,               **ORDER THAT PLAINTIFF FILE**
**AMENDED APPLICATION TO**
11 |      v.                               **PROCEED IN FORMA PAUPERIS, PAY**
**FILING FEE, OR SHOW CAUSE WHY**
12 |                                       **CASE SHOULD NOT BE DISMISSED**
CAROLYN W. COLVIN,
13 | Acting Commissioner of Social Security,

14 |              Defendant.

15 | _____/

16        Plaintiff Linda Lee Schlyter filed a complaint on November 9, 2016, along with an

17 application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1 & 3.)   On

18 November 16, 2016, the Court ordered Plaintiff to file an amended application to proceed in forma

19 pauperis that set forth answers to questions numbered 4 through 8 regarding amount of cash or

20 money in a checking or savings account (question number 4), items of value owned (question

21 number 5), regular monthly expenses (question number 6), dependents (question number 7), and

22 debts (question number 8).  (Doc. 5.)  Plaintiff's amended application was due to be filed "within

23 28 days from the date" of the order, or by December 13, 2016.  (*See id.*)

24        No amended application was filed December 13, 2016.  (*See* Docket.)  As such, **by no**

25 **later than February 10, 2017**, Plaintiff shall (1) file an amended application to proceed *in forma*

26 *pauperis* that fully responds to all applicable questions, including questions numbered 4 through 8;

27 (2) pay the $400 filing fee; or (3) file a statement showing cause why this case should not be

28

dismissed for failure to comply with the Court's order.  Failure to respond to this Order to Show Cause will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   __February 3, 2017__                          __/s/ *Sheila K. Oberto*__

UNITED STATES MAGISTRATE JUDGE