# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA LEE SCHLYTER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. 1:16-cv-01710-SKO<br><br>ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD<br><br>(Doc. 15) |

On November 9, 2016, Plaintiff, represented by counsel and proceeding *in forma pauperis*, filed the present action in this Court. (Doc. 1.) Plaintiff seeks review of the Commissioner's denial of her application for benefits. (*Id.*)

On December 12, 2017, the Court entered an order requiring Defendant to file and serve a certified copy of the administrative record within fourteen days. (Doc. 14.) On December 21, 2017, Defendant filed the present ex parte "Motion for Extension of Time to File Certified Administrative Record" (the "Motion"). (Doc. 15.) In the Motion, Defendant requests that the deadline to file and serve the administrative record be extended by sixty days on grounds that Plaintiff's complaint was not received by the U.S. Attorney's Office for the Eastern District of California until December 20, 2017, because Plaintiff apparently mailed the complaint to the U.S. Attorney's Office for the Central District of California by mistake. (*Id.* at 3–4. *See also* Doc. 13

| | |
|---|---|
| 1 | (declaring that, in addition to service on the Attorney General and the Social Security |
| 2 | Administration, the complaint was mailed to the U.S. Attorney's Office for the Central District of |
| 3 | California).) The Motion indicates Defendant's counsel "contacted Plaintiff's counsel on |
| 4 | December 21, 2017, to notify him of my intent to file the accompanying motion for extension of |
| 5 | time and to see if he had any objection. However, as of the time of filing this motion, I have not |
| 6 | received a response from him." (Doc. 15 at 4.) |

Finding that good cause for the extension has been shown, the Court hereby GRANTS the Motion. Accordingly, it is HEREBY ORDERED the Commissioner shall file and serve a certified copy of the administrative record by February 26, 2018.

IT IS SO ORDERED.

Dated: **December 24, 2017**          /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE