MICHAEL S. BROWN, SBN 104079
**CALIFORNIA LAWYERS GROUP, LLP**
10960 Wilshire Boulevard, Suite 1225
Los Angeles, California 90024
Tel. (818) 461-9933  FAX (818) 995-4094
Email: mbrown@clginfo.com

Attorney for Plaintiff, **LINDA LEE SCHLYTER**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA LEE SCHLYTER**, an individual, | Case No.: 1:16-cv-01710-SKO (SS) |
| Plaintiff, | **ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE** |
| vs. | |
| **NANCY A. BERRYHILL**, Acting Commissioner, Social Security Administration, | (Docs. 21 & 22) |
| Defendant. | |

The Court is in receipt of the parties' "Stipulation to Extend Briefing Schedule" (the "Stipulation") (Doc. 22).  After having reviewed the Stipulation, the Order to Show Cause (Doc. 21) is hereby DISCHARGED and the deadlines for the briefing schedule are revised as follows: Plaintiff shall file her Opening Brief no later than **July 19, 2018**.  Based on this new schedule, Defendant's responsive brief will be due no later than **August 20, 2018**, and Plaintiff's Reply Brief will be due no later than **September 4, 2018**.

IT IS SO ORDERED.

Dated: __**June 18, 2018**__          _____/s/ *Sheila K. Oberto*_____
                                        UNITED STATES MAGISTRATE JUDGE

CALIFORNIA LAWYERS GROUP, LLP
10960 WILSHIRE BOULEVARD, SUITE 1225, LOS ANGELES, CALIFORNIA 90024
TELEPHONE (818) 461-9933  FAX (818) 995-4094